| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BILAL A. ESSAYLI<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOLENE TANNER<br>Assistant United States Attorney<br>Chief, Tax Section<br>NITHYA SENRA (SBN 291803)<br>Assistant United States Attorney<br>　　Federal Building, Suite 7211<br>　　300 North Los Angeles Street<br>　　Los Angeles, California 90012<br>　　Telephone: (213) 894-5810<br>　　Facsimile: (213) 894-0115<br>　　E-mail: Nithya.Senra@usdoj.gov<br>☐ *Party appearing without an attorney*<br>☒ *Attorney for Party:* **U.S. Dept. of Education** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re: **Sherry Vaughan**<br><br>Debtor(s) | CASE NO.: 6:25-bk-10784-SY<br>CHAPTER: 7<br>ADV. PROC.NO: 6:25-ap-01025-SY |
| **Sherry Vaughan**<br><br>Plaintiff(s)<br>v.<br><br>**United States Department of Education**<br><br>Defendant(s) | **STIPULATION TO EXTEND DATES AND DEADLINES PURSUANT TO THIS COURT'S STUDENT LOAN AP GUIDELINES**<br><br>No hearing |

1. The debtor/plaintiff commenced this adversary proceeding by filing a complaint March 17, 2025 (*insert date*) in which Plaintiff seeks a declaratory judgment that student loans owed to the United States Department of Education are dischargeable under 11 U.S.C. § 523(a)(8).

2. On November 17, 2022, the United States Department of Justice ("DOJ"), in coordination with DOE, promulgated guidance with respect to proceedings brought pursuant to 11 U.S.C. § 523(a)(8) (the "DOJ Guidance").

3. In order to accommodate the DOJ Guidance and the processes contemplated thereby, the parties stipulate and agree as follows, pursuant to this Court's Student Loan AP Guidelines:

    a. The DOJ Guidance applies to this adversary proceeding; and
    b. This action constitutes one in which this court may enter final orders and judgment, and the parties consent to this court's exercise of jurisdiction and entry of final orders or judgment.

4. The deadline by which DOE must answer or otherwise respond to Plaintiff's complaint is extended by 120 days. The new response deadline is: August 18, 2025 (*insert date*).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**5**.   The status conference set for <u>June 12, 2025 at 9:30 AM</u> (*insert date and time*) is continued to <u>October 16, 2025 at 9:30 AM</u> (*insert date and time*).

**6**.   The parties shall calculate the deadlines set forth in Civil Rules **26(a)(1)(C)** (exchange initial disclosures), **26(f)(1)** (conduct discovery conference), **and 26(f)(2)** (file discovery plan), which apply in this proceeding pursuant to Bankruptcy Rule 7026, from the date of the continued status conference.[1]

**7**.   The need to afford the parties time to comply with the Guidance constitutes good cause for delaying the issuance of a scheduling order beyond the deadline set forth in Civil Rule 16(b)(2), which applies in this proceeding pursuant to Bankruptcy Rule 7016.

**8**.   The parties respectfully request that the foregoing stipulation be approved and made an order of this court.

**IT IS SO STIPULATED.**

Date:  <u>04/09/2025</u>

_____.
Signature of Attorney for Plaintiff

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614
Phone: 714-442-3335
Email: rich@bwlawcenter.com
Attorney for Plaintiff Sherry Vaughan

Date:  <u>4/10/2025</u>

_____.
Signature of Attorney for DOE

Nithya Senra, Assistant U.S. Attorney
Counsel for U.S. Department of Education

---

[1] "<u>Civil Rule</u>" refers to one of the Federal Rules of Civil Procedure, and "<u>Bankruptcy Rule</u>" refers to one of the Federal Rules of Bankruptcy Procedure.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

300 N. Los Angeles Street, #7211
Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled: **STIPULATION TO EXTEND DATES AND DEADLINES PURSUANT TO THIS COURT'S STUDENT LOAN GUIDELINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/11/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Richard L. Sturdevant**    rich@bwlawcenter.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Robert Whitmore (TR)**    rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/11/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Scott H. Yun  (Personal delivery)
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/11/2025 | Barbara Le | /s/ Barbara Le |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.